UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS CALCANO, *on behalf of himself and all other persons similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>KENT WATER SPORTS HOLDINGS, LLC,<br><br>Defendant. | 1:24-cv-06179 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   December 12, 2024
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge